# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

```
CARLTON WRIGHT                  *
                 PLAINTIFF      *
                                *
V.                              *
                                *   CASE NO.  4:18CV00938 SWW
                                *
UNION PACIFIC RAILROAD          *
COMPANY                         *
                 DEFENDANT      *
```

## ORDER

On March 22, 2021, Plaintiff Carlton Wright filed a second amended complaint [ECF No. 56] without leave of Court, contrary to Rule 15(a) of the Federal Rules of Civil Procedure.[1]  IT IS THEREFORE ORDERED that the second amended complaint [ECF No. 56] is, for all practical purposes, STRICKEN

---

[1] Rule 15(a)(1)(A) provides that a party may amend its pleading once as a matter of course within 21 days after service.  After that 21-day period, however, a party may amend his or her pleading only with the opposing party's written consent or leave of court.  Fed. R. Civ. P. 15(a)(2).

from the record, without prejudice to Plaintiff filing a motion to amend that complies with Rule 15(a)(2) and Local Rule 5.5(e).[2]

    IT IS SO ORDERED THIS 23RD DAY OF MARCH, 2021.

                                                <u>/s/Susan Webber Wright</u>
                                                UNITED STATES DISTRICT JUDGE

---

[2] The Local Rules for the Eastern District of Arkansas are available on the Court's website: <u>www.ared.uscourts.gov</u>. Local Rule 5(e) provides:

> A party who moves to amend a pleading shall attach a copy of the amendment to the motion. The motion must contain a concise statement setting out what exactly is being amended in the new pleading – e.g. added defendant X, adding a claim for X, corrected spelling. Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must, except by leave of Court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference. The party amending shall file the original of the amended pleading within seven (7) days of the entry of the order granting leave to amend unless otherwise ordered.