# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| CARLTON WRIGHT <br>         PLAINTIFF <br><br> V. <br><br> UNION PACIFIC RAILROAD <br>         DEFENDANT | CASE NO. 4:18CV00938 SWW |

## ORDER of DISMISSAL

Before the Court is the parties' stipulation of dismissal with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure [ECF No 64]. IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE, with each side to bear its own fees and costs.

IT IS SO ORDERED, this 23rd day of June, 2021.

                                            /s/Susan Webber Wright
                                            UNITED STATES DISTRICT JUDGE